

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2025

No. 04-25-00144-CR

**EX PARTE** Martin Galvan **BARRON**,

From the County Court, Kinney County, Texas
Trial Court No. 12553CR
Honorable Molly Francis, Judge Presiding

**ORDER**

Sitting:    Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this Court's opinion of this date, we **DISMISS** Martin Galvan Barron's appeal.

It is so **ORDERED** on April 30, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court